JS-6

FILED
CLERK, U.S. DISTRICT COURT

October 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIN ENERJI URETIM SAN. VE TIC., a Turkish corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERICAN COMBUSTION TECHNOLOGIES OF CALIFORNIA, INC., a California corporation; and LATIF MAHJOOB, an individual,<br><br>          Defendants.<br>───────────────────────<br>AND RELATED COUNTERCLAIM | CASE NO. 2:15-CV-04387 – SJO- JPR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## <u>ORDER</u>

The Court, having considered Stipulation Request for Dismissal with Prejudice Pursuant to Rule 41(a)(2) Orders that the case is dismissed with prejudice.  The Court expressly retains jurisdiction over the parties and the matter for the sole purpose of enforcing the terms of the parties settlement' agreement for a period of no longer than one year from the date of this Order.

**IT IS SO ORDERED.**

Dated:  October 3,   2016

_S. Jame Otero_

_____
United States District Judge S. James Otero